UNITED STATES of America,
Plaintiff—Appellee,

v.

Rafael Aguilar FERNANDEZ,
Defendant—Appellant.

No. 02–50489.

D.C. No. CR–02–00133–MJL.

United States Court of Appeals,
Ninth Circuit.

Submitted May 12, 2003.*

Decided May 16, 2003.

---

\* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Before PREGERSON, REINHARDT and GRABER, Circuit Judges. ·

## MEMORANDUM **

Rafael Aguilar Fernandez appeals his conviction by guilty plea and the sentence imposed for importation of marijuana, in violation of 21 U.S.C. §§ 952 and 960.

Fernandez's contention that 21 U.S.C. § 960 is facially unconstitutional in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), and that *Harris v. U.S.,* 536 U.S. 545, 122 S.Ct. 2406, 153 L.Ed.2d 524 (2002), overrules *United States v. Buckland,* 289 F.3d 558, 562 (9th Cir.) (en banc), *cert. denied,* 535 U.S. 1105, 122 S.Ct. 2314, 152 L.Ed.2d 1067 (2002) and *United States v. Mendoza–Paz,* 286 F.3d 1104 (9th Cir.), *cert. denied,* —— U.S. ——, 123 S.Ct. 573, 154 L.Ed.2d 459 (2002), is foreclosed by *United States v. Hernandez,* 322 F.3d 592 (9th Cir.2003).

Fernandez's contention that a mens rea requirement applies to the elements of drug type and quantity is foreclosed by *United States v. Carranza,* 289 F.3d 634, 644 (9th Cir.2002) and *Hernandez,* 322 F.3d at 602.

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).